# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW HILFORD, | 3:12-cv-00329-RCJ-WGC |
|     Plaintiff, | **MINUTES OF THE COURT** |
| vs. | |
| | January 4, 2013 |
| CHRISTOPHER ROWLEY, *et al.*, | |
|     Defendants. | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Before the court is plaintiff's Motion Requesting Issuance of Summons to Defendant William Gittere (Doc. # 15) which he filed in response to Defendants' Notice that the Office of the Attorney General was not authorized to accept service on behalf of Defendant Gittere (Doc. # 8) and in accordance with this court's Order (Doc. # 6).

    Good cause appearing,

    **IT IS HEREBY ORDERED** that the Clerk shall issue a Summons for Defendant William Gittere and send the same to the U.S. Marshal with the address provided under seal. (Doc. # 9.)

    **IT IS FURTHER ORDERED** that the Clerk shall send to Plaintiff a USM-285 form, a copy of the Complaint (Doc. # 7), and a copy of this Order.

    **IT IS FURTHER ORDERED** that Plaintiff shall have **twenty (20) days** from the date of entry of this Order within which to complete the USM-285 form and return it along with other necessary documents to the United States Marshal for service. After Plaintiff receives information from the Marshal regarding whether or not Defendant Gittere has been served, Plaintiff shall file a Notice, forthwith, informing the court of the status of that service.

**IT IS SO ORDERED.**

                                                LANCE S. WILSON, CLERK

                                                By:       /s/
                                                         Deputy Clerk