UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW HILFORD, | 3:12-cv-00329-RCJ-WGC |
| Plaintiff, | **MINUTE ORDER** |
| vs. | September 3, 2013 |
| CHRISTOPHER ROWLEY, et. al. | |
| Defendants. | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE OGDEN          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion Demanding Jury Trial. (Doc. # 42.) Defendant Gittere has filed a notice of non-opposition. (Doc. # 47.)

The court will construe this as Plaintiff's demand for jury trial, governed by Federal Rule of Civil Procedure 38, which provides in pertinent part:

"The right of trial by jury as declared by the Seventh Amendment to the Constitution—or as provided by a federal statute— is preserved to the parties inviolate....[A] party may demand a jury trial by: (1) serving the other parties with a written demand—which may be included in a pleading—no later than 14 days after the last pleading directed to the issue is served; and (2) filing the demand in accordance with Rule 5(d)."

The Seventh Amendment states that parties have a right to trial by jury for all suits at law with more than $20.00 in controversy. U.S. Const., amend VII.

**MINUTES OF THE COURT**
3:12-cv-00329-MMD-WGC
Date: September 3, 2013
Page 2

      Because Plaintiff filed his jury demand before Defendants filed their answer, accordingly it is timely under Rule 38. Therefore, Plaintiff's "motion" is **GRANTED** insofar as he has properly filed a jury demand under Rule 38.

      **IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                                        By:   /s/
                                                 Deputy Clerk