UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANDREW HILFORD, | ) | 3:12-cv-00329-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTE ORDER** |
| | ) | September 3, 2013 |
| vs. | ) | |
| | ) | |
| CHRISTOPHER ROWLEY, et. al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE WILLIAM G.  COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>   KATIE OGDEN   </u>   REPORTER:  <u>NONE APPEARING   </u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING                     </u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING                     </u>

**MINUTE ORDER IN CHAMBERS:**

     Before the court is Defendant Gittere's Motion to Strike Plaintiff's Response to Defendant's Answer. (Doc. # 48.)

     Defendant Gittere filed his answer denying the material allegations of Plaintiff's complaint and asserting various affirmative defenses. (Doc. # 43.) Thereafter, Plaintiff filed a response to the answer. (Doc. # 46.) Defendant Gittere now moves to strike Plaintiff's response, stating that it is not provided for in the rules, and was not filed with leave of court. (Doc. # 48.)

     Defendant Gittere is correct that Federal Rule of Civil Procedure 7(a) contemplates the following pleadings: complaint; answer to a complaint, counterclass or cross-claim; third-party complaint; answer to a third-party complaint; and "*if the court orders one*, a reply to an answer." Fed. R. Civ. P. 7(a) (emphasis added).

     Here, defendant Gittere filed his answer to Plaintiff's complaint. The court did not order the filing of a reply to his answer.

**MINUTES OF THE COURT**
3:12-cv-00329-MMD-WGC
Date:  September 3, 2013
Page 2

      Federal Rule of Civil Procedure 12(f) permits the court to strike "redundant, immaterial, impertinent, or scandalous matter" from a pleading on its own or on the motion of another party. The court hereby exercises its discretion as such. Therefore, defendant Gittere's motion to strike (Doc. # 48) is **GRANTED** and Plaintiff's response (Doc. # 46) is hereby **STRICKEN**.

      **IT IS SO ORDERED.**

                                                  LANCE S. WILSON, CLERK

                                      By:   /s/
                                                 Deputy Clerk