1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                        DISTRICT OF NEVADA

8                              * * *

9

10   ANDREW HILFORD,                    Case No. 3:12-cv-00329-MMD-WGC

11                        Plaintiff,
                                        ORDER ACCEPTING AND ADOPTING
12        v.                            REPORT AND RECOMMENDATION OF
                                        MAGISTRATE JUDGE WILLIAM G. COBB
     CHRISTOPHER ROWLEY, et al.,
13
                        Defendant.
14

15        Before the Court is the Report and Recommendation of United States Magistrate

16   Judge William G. Cobb (dkt. no. 65) ("Recommendation") relating to Defendant Sergeant

17   Gittere's Motion for Summary Judgment (dkt. no. 65). Plaintiff had until June 6, 2014, to

18   object to the Recommendation.  No objection to the Recommendation has been filed.

19        This Court "may accept, reject, or modify, in whole or in part, the findings or

20   recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely

21   objects to a magistrate judge's report and recommendation, then the court is required to

22   "make a *de novo* determination of those portions of the [report and recommendation] to

23   which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however,

24   the court is not required to conduct "any review at all . . . of any issue that is not the

25   subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth

26   Circuit has recognized that a district court is not required to review a magistrate judge's

27   report and recommendation where no objections have been filed. *See United States v.*

28   *Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review

employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Magistrate Judge Cobb's Recommendation. The Magistrate Judge recommended granting summary judgment on Plaintiff's Eight Amendment claim that defendants were deliberately indifferent to his health or safety. Upon reviewing the Recommendation and underlying briefs, this Court finds good cause to adopt the Magistrate Judge's Recommendation in full.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge William G. Cobb (dkt. no. 65) be accepted and adopted in its entirety. It is ordered that summary judgment be granted in favor of Defendant William Gittere and against Plaintiff. The Clerk is instructed to close this case.

DATED THIS 10th day of September 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE